1  JOSEPH P. MCMONIGLE  (SBN 66811)
   GLEN R. OLSON (SBN 111914)
2  LONG & LEVIT, LLP
   465 California Street, Suite 500
3  San Francisco, California  94104
   Telephone:  (415) 397-2222
4  Facsimile:  (415) 397-6392
   Email: *jmcmonigle@longlevit.com*
5         *golson@longlevit.com*

6  LAWRENCE A. JACOBSON (SBN 57393)
   SEAN M. JACOBSON (SBN 227241)
7  COHEN AND JACOBSON, LLP
   900 Veterans Boulevard, Suite 600
8  Redwood City, California 94063
   Telephone: (650) 261-6280
9  Facsimile:  (650) 368-6221
   Email: *laj@cohenandjacobson.com*
10        *sean@cohenandjacobson.com*

11 Attorneys for Defendant Ann Morrical

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16
   THE LINCOLN NATIONAL LIFE                  Case No. 3:14-cv-00039
17 INSURANCE COMPANY, an Indiana
   corporation;                               **SECOND STIPULATION BETWEEN**
18                                            **PLAINTIFF THE LINCOLN**
         Plaintiff,                           **NATIONAL LIFE INSURANCE**
19                                            **COMPANY AND DEFENDANT ANN**
         v.                                   **MORRICAL TO EXTEND DEADLINE**
20                                            **TO RESPOND TO COMPLAINT;**
   PACIFIC SPECIALTY INSURANCE                **ORDER THEREON**
21 COMPANY, a California corporation; ANN
   MORRICAL, an individual; MICHAEL
22 MCGRAW, an individual; JOHN
   MCGRAW, an individual; JESSE
23 ROGERS, an individual; KEONI
   SCHWARTZ, an individual; GENE
24 BECKER, an individual; JOHN CHU, an
   individual; BRIAN COHEN, an individual,
25 and DOES 1-20, inclusive,

26       Defendants.

27

28
                                      1
   SECOND STIPULATION TO EXTEND DEADLINE
   TO RESPOND TO COMPLAINT; ORDER                            Case No. 3:14-cv-00039

Plaintiff The Lincoln National Life Insurance Company and Defendant Ann Morrical, through their respective counsel of record, hereby stipulate and agree that the deadline for Ann Morrical to respond to the Complaint for Declaratory Relief is extended from March 3, 2014 to April 30, 2014.  The parties make this Stipulation on the basis that they are engaged in settlement discussions; that draft settlement documents have been exchanged and are being reviewed; and the parties believe that a resolution of this matter has been reached, subject to final documentation, that will obviate the need to respond to the Complaint.

The Parties disclose that they have previously entered into one similar stipulation that was approved by the Court on February 11, 2014.  The Parties further represent that a scheduling conference is presently scheduled for April 22, 2014, and the Parties respectfully request that the scheduling conference be continued to the first available date after April 30, 2014.

Respectfully submitted.

Dated: March 24, 2014                   COHEN AND JACOBSON, LLP

                                        By   /s/   Lawrence A. Jacobson

                                        *Joseph P. McMonigle  (SBN 66811)*
                                        *Glen R. Olson (SBN 111914)*
                                        *Long & Levit, LLP*
                                        *465 California Street, Suite 500*
                                        *San Francisco, California  94104*
                                        *Telephone:  (415) 397-2222*
                                        *Facsimile:  (415) 397-6392*
                                        *Email: jmcmonigle@longlevit.com*
                                        *       golson@longlevit.com*

                                        *Lawrence A. Jacobson (SBN 57393)*
                                        *Sean M. Jacobson (SBN 227241)*
                                        *Cohen and Jacobson, LLP*
                                        *900 Veterans Boulevard, Suite 600*
                                        *Redwood City, California 94063*
                                        *Telephone: (650) 261-6280*
                                        *Facsimile:  (650) 368-6221*
                                        *Email: laj@cohenandjacobson.com*
                                        *       sean@cohenandjacobson.com*

                                        *Attorneys for Defendant Ann Morrical*

[Signatures and Order continued on next page]

Dated: March 24, 2014                             BALLARD SPAHR LLP

                                                  By  /s/   Alan Petlak
                                                  Alan Petlak
                                                  Ethan Chernin
                                                  BALLARD SPAHR LLP
                                                  *Attorneys for Plaintiff*

ORDER

The Court having read and considered the foregoing Stipulation, and good cause appearing, it is hereby ordered that the Stipulation is APPROVED, and the deadline for Ann Morrical to respond to the Complaint for Declaratory Relief is extended from March 3, 2014 to April 30, 2014. It is further ordered that the scheduling conference presently set for April 22, 2014, is continued to May 13 , 2014, at 2:00 p.m.

Dated: March 27, 2014

_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA