UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC SPECIALTY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00039-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 30 |

　　Based on the plaintiff's notice of voluntary dismissal with prejudice, I ORDER that this case be dismissed with prejudice.  The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: June 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge